# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

3/20/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 3:43:48 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

TO:     FIRST COURT OF APPEALS


From:   Deputy Clerk: DUANE C. GILMORE
        Chris Daniel, District Clerk
        Harris County, T E X A S


NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS

CAUSE: 2011-18770   COURT#: 270TH

VOLUME:   PAGE:    OR     IMAGE #: 64675270

NOTICE OF APPEAL FILE DATE: 3/19/2015

ATTORNEY/FILER: DANIEL W JACKSON SBOT: 796817

JUDGMENT DATE: 3/9/2015                      DUE DATE: 5/8/2015

MOTION FOR NEW TRIAL FILE DATE: N/A

NUMBER OF DAYS: ( CLERKS RECORD ) 60

FILE ORDERED:   YES ☐   NO ☐   IMAGED FILED:   YES ☐   NO ☐

REQUEST FOR TRANSCRIPT FILED?: YES

NOTICE OF APPEAL PREVIOUSLY FILED: NO     IF YES, APPELLATE NO(S):

NOTES:

CODES FOR NOTICE OF APPEAL:


CHRIS DANIEL
Harris County, District Clerk


By: **/S/ DUANE C. GILMORE**
        DUANE C. GILMORE , Deputy


BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

3/19/2015 5:50:10 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4572456
By: Phyllis Washington
Filed: 3/19/2015 5:50:10 PM

## NO. 2011-18770



| | | |
|---|---|---|
| JOAN DEYOUNG, STEPHEN DEYOUNG, M.D., AND DAVID DEYOUNG, | § § § | |
| Plaintiffs, | § § | IN THE DISTRICT COURT OF |
| V. | § | |
| JUDY PAGE MAYNARD, WILLIAM L. MAYNARD, MAYNARD PROPERTIES, L.P., AND BEIRNE, MAYNARD & PARSONS, L.L.P., | § § § § | HARRIS COUNTY, TEXAS |
| Defendants. | § § § | 270TH JUDICIAL DISTRICT |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Joan DeYoung, Stephen DeYoung, M.D., and David DeYoung ("plaintiffs") file this notice of appeal, as follows:

1.      This is an appeal from an order granting defendants' motion for summary judgment, signed by the Court on February 17, 2015.[1]

2.      Plaintiffs have not filed a motion for new trial and, pursuant to Tex. R. Civ. P. 324 and Tex. R. App. P. 33.1, are not required to do so as a prerequisite for appeal.

3.      Plaintiffs desire to appeal the order granting defendants' motion for summary judgment to either the First or Fourteenth Court of Appeals in the State of Texas.

---

[1]      While the Court has indicated that an additional judgment will be entered in this matter, this notice of appeal is filed in an excess of caution based on plaintiffs' understanding that the Court considered its February 17, 2015 order to be a final judgment in this matter.

Plaintiffs' Notice of Appeal

Respectfully submitted,

**THE JACKSON LAW FIRM**

/s/ *Daniel W. Jackson*

Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
3900 Essex Lane, Suite 1116
Houston, Texas  77027
(713) 522-4435
(713) 527-8850 – fax
daniel@jacksonlaw-tx.com
scott@jacksonlaw-tx.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served on all counsel of record, *via* ProDocs, on March 19, 2015:

Gregory N. Jones
Law Office of Gregory N. Jones
2323 S. Shepherd, 14th Floor
Houston, Texas  77019

*gjones@gnjlaw.net*

William L. Maynard
1300 Post Oak Blvd, Suite 2500
Houston, Texas  77056

**Fax:  (713) 960-1527**

/s/ *Daniel W. Jackson*

Daniel W. Jackson

```
CASE NUM: 201118770__ PJN> __  TRANS NUM: _____  CURRENT COURT: 270 PUB? _
CASE TYPE: OTHER CIVIL                   CASE STATUS: DISPOSED (FINAL)
STYLE: DEYOUNG, JOAN                  VS MAYNARD, JUDY PAGE
==============================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
   NUM   NUMBER                                           STAT
_      00010-0001 PLT 00796817 DE YOUNG, DAVID                  JACKSON, DANI
_      00009-0001 AGT          BEIRNE MAYNARD & PARSONS L L P
_      00008-0001 AGT          MAYNARD PROPERTIES L P (TEXAS
_      00007-0001 DEF 13295500 MAYNARD, WILLIAM L (INDIVIDUAL   MAYNARD, WILL
_      00007-0001 PAD 10889450 JONES, GREGORY N.
_      00007-0001 PAD 05244700 CUNNINGHAM, TOM ALAN
_      00006-0001 DEF 05868000 BEIRNE MAYNARD & PARSONS L L P  S  DILLARD, STEP
_      00005-0001 DEF 13295500 MAYNARD PROPERTIES L P           MAYNARD, WILL

==> (17) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
CASE NUM: 201118770__ PJN> __  TRANS NUM: _____  CURRENT COURT: 270 PUB? _
CASE TYPE: OTHER CIVIL                   CASE STATUS: DISPOSED (FINAL)
STYLE: DEYOUNG, JOAN                  VS MAYNARD, JUDY PAGE
==============================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
   NUM   NUMBER                                           STAT
_      00005-0001 PAD 10889450 JONES, GREGORY N.
_      00005-0001 PAD 05244700 CUNNINGHAM, TOM ALAN
_      00004-0001 DEF 13295500 MAYNARD, WILLIAM L             MAYNARD, WILL
_      00004-0001 PAD 10889450 JONES, GREGORY N.
_      00004-0001 PAD 05244700 CUNNINGHAM, TOM ALAN
_      00003-0001 PLT 00796817 DEYOUNG, STEPHEN (M D)          JACKSON, DANI
_      00002-0001 DEF 10889450 MAYNARD, JUDY PAGE              JONES, GREGOR
_      00002-0001 PAD 05244700 CUNNINGHAM, TOM ALAN

==> (17) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
CASE NUM: 201118770__ PJN> __  TRANS NUM: _____  CURRENT COURT: 270 PUB? _
CASE TYPE: OTHER CIVIL                   CASE STATUS: DISPOSED (FINAL)
STYLE: DEYOUNG, JOAN                  VS MAYNARD, JUDY PAGE
==============================================================================
                       **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
   NUM   NUMBER                                           STAT
_      00001-0001 PLT 00796817 DEYOUNG, JOAN                  JACKSON, DANI
```

==> (17) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH     11=HELP


JUFC7 (NSK#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      MAR 20, 2015(C1)
INT6510                      CIVIL CASE INTAKE              OPT: _____  -  INT
                           GENERAL PARTY INQUIRY           PAGE:   1  -   1

CASE NUM: 201118770__ PJN> __  TRANS NUM: _____  CURRENT COURT: 270 PUB? _
CASE TYPE: OTHER CIVIL                    CASE STATUS: DISPOSED (FINAL)
STYLE: DEYOUNG, JOAN                      VS MAYNARD, JUDY PAGE
========================================================================
                        **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR      PERSON NAME           PTY    ASSOC. ATTY
   NUM   NUMBER                                       STAT


==> (0) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH     11=HELP